**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELDON ROMANIUK,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, JAMES HUNT, ANTHONY RODIO, THOMAS BENNINGER, JULIANA L. CHUGG, DENISE CLARK, KEITH COZZA, JOHN DIONNE, DON KORNSTEIN, COURTNEY MATHER, JAMES L. NELSON, and RICHARD SCHIFTER,<br><br>Defendants. | Case No: 1:19-cv-17871-JHR-AMD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Eldon Romaniuk hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: December 7, 2019                                          Respectfully submitted,

                                                                                    **HALPER SADEH LLP**

                                                                                    /s/Zachary Halper
                                                                                    Zachary Halper, Esq.
                                                                                    36 Kingston Run

North Brunswick, NJ 08902
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Zachary Halper  
Zachary Halper
